UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:           )
                            )   CASE NO. 10 B 16195
SHERRON L. LEWIS, JR.,      )   Chapter 13
                            )
    Debtor                  )

**FINAL PRETRIAL ORDER**
(State of Colorado's Objection to Confirmation of
Chapter 13 Plan and Debtor's Response thereto)
Applied to Amended Plan to be filed
Trial set hereby will be limited to two issues:
A. Venue issues under 28 U.S.C. § 1408
   (Debtor's domicile, residence, principle place of
   business, or district of principal assets); and
B. Feasibility of Amended Plan

On July 28, 2010, there was a status conference held in Chicago, Illinois.

## ADMISSIONS

All well pleaded facts admitted in the pleadings are admitted into evidence, unless objections are filed to relevance or prejudice at least 7 calendar days prior to trial.

## DISCOVERY

All formal discovery will be conducted under the Federal Rules of Civil Procedure as incorporated in the Federal Rules of Bankruptcy Procedure pertaining to discovery, on times for all requests and all responses shortened to 7 calendar days.

## EXHIBITS AND DEPOSITIONS

At least 7 calendar days prior to the trial date, all parties are to exchange among themselves and also deliver to the Court in chambers copies of all exhibits they intend to introduce in evidence. **Each exhibit must be clearly numbered, tabbed, and contained in a binder.**

**The Chapter 13 Trustee has agreed to forward copies of Debtor's Tax Return information received by Trustee to Colorado counsel forthwith. Should Trustee not do so, then Debtor is ordered to supply copies to Colorado counsel within 7 days after such counsel requests the same of Debtor.**

Each party shall clearly number each proposed exhibit and deposition transcript sought to be used in the order of its probable presentation at trial. Each document must be given a separate exhibit number. Prepare a list of those numbered exhibits with a very brief identification of each. Copies of those exhibit lists shall be exchanged among the parties and delivered to the Court in chambers with copies of the exhibits listed, and the original exhibit lists shall be filed with the Clerk with proof of service.

If there is any objection to any exhibit so listed and exchanged, each objection must be stated in writing and filed and served **5** calendar days before trial. If no written objection is made to the Court and copy of the objection served on the proponent within **5** calendar days before trial, such exhibits will be received in evidence without any further authentication or hearing as to relevance or any other issue. If objections are filed, only those express objections filed will be considered and all other possible objections are deemed waived.

If deposition transcripts are to be offered, portions offered by each party will be separately color-coded on the face thereof, and each portion objected to will be bracketed on the face thereof by an objector's color code, so that the Court may see the portions offered and objected to by each party merely by examining the transcript. If the whole transcript is to be offered without objection, then no markings will be made. However, in that event, the proponent will also tender an abstract of the deposition.

All original exhibits (or copies marked and used as originals) will be held by the party offering same, and leave is given to withdraw same after they are admitted into evidence. The copies thereof delivered to the Court will be held by the Court until the ruling is given, and then discarded. The Court's copies will not be returned to counsel or the clerk.

## WITNESSES

At least **7** calendar days prior to the trial date, the parties are to exchange and file with the Clerk of Court lists of the names and all witnesses they intend to present at trial, together with a brief summary of each separate area of testimony said each such witness will present. Copies of those lists will also be delivered to the Court in chambers. All reasonably anticipated objections to testimony and all motions to limit testimony of a witness identified by an opposing party shall be filed within **5** calendar days after receipt of the witness list required by this paragraph.

## EXPERT AND RULE 701 WITNESSES

If any parties are to use expert witnesses or lay witnesses to testify under Federal Evidence Rule 701 at trial, those witnesses should be identified on the witness lists provided hereinabove and their written reports and opinions identified on the exhibit lists provided hereinabove. If no such written reports or opinions exist, then **7** calendar days before trial, the party offering such expert(s) or Rule 701 witness(es) shall for each such witness file and serve a statement of the subject matter on which such witness shall testify, the substance of the

facts and opinions to which such witness is expected to testify, and a summary of grounds for each opinion.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Five (5)** calendar days prior to the trial, counsel for State of Colorado shall file with the Court and serve on opposing parties proposed detailed Findings of Fact and Conclusions of Law. Conclusions of Law must cite authority and must at the outset state this Court's jurisdiction. A trial brief may be filed with the proposed Findings and Conclusions if desired, but the filing of such brief will not excuse the filing of draft proposed Findings and Conclusions.

## DEBTOR'S BUSINESS RECORDS

Since the Debtor has the burden of proof to establish Plan feasibility,

    A.    Debtor is to include in his list of exhibits and supply copies to Colorado counsel and Judge's law clerk of all documents relating or referring to all his sources of income reported by him in his Schedules:

        1.    His "income for operation of business/profession" shown as $1,740 on line 7 of his Bankruptcy Schedule I.

        2.    Debtor will file on or before 7 days prior to trial a supplement to his Schedule I consisting of the "Statement" to be attached as required at Line 7 thereof, and include same as one of his exhibits.

        3.    His income from real property scheduled as $1,950 on line 8 of Schedule I.

        4.    His income from "self employment" shown as $9,468 in response to paragraph 1 of his Statement of Affairs.

    B.    Debtor will also produce at the trial all originals of the following: Business ledgers, book of accounts, records of all income from any business and for real estate, and business expenses for his business and real estate interests for the period January 1, 2009 through July 30, 2010.

## TRIAL DATE

Trial is set for **September 28, 2010**, beginning at **1:30 p.m**. Trial will be held in courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. As requested, each party will be limited to **2** trial hours. State of Colorado has burden of going forward.

**SANCTIONS FOR NON-COMPLIANCE**

Failure to comply with any portion of this Order may result in appropriate sanctions under Fed. R. Civ. P. 16 (Fed. R. Bankr. P. 7016) unless non-compliance is excused for good cause.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 30th day of July 2010.