# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Sherron L. Lewis, Jr.

**Bankruptcy No.** 10 B 16195

**Debtor(s)**

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO: See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on October 24, 2012 at 10:00 a.m. In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 13 Trustee, Tom Vaughn is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: September 11, 2012

In re: Sherron L. Lewis, Jr.
Bankruptcy No. 10 B 16195

# CERTIFICATE OF SERVICE

I, Lester Smith, certify that on September 11, 2012, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*
**Tom Vaughn**
200 South Michigan Ste 1300
Chicago, IL 60604

**U.S. Trustee**
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Clasee Mail

*Debtor*
**Sherron L Lewis, Jr.**
POB 293
Midlothaian, IL 60445